UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMAINE HILL, | CASE NO. 3:21-cv-00690 |
| Petitioner, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| WARDEN KENNETH BLACK, | **JUDGMENT ENTRY** |
| Respondent. | |

For the reasons stated in the accompanying Memorandum Opinion and Order (Doc. No. 16), Petitioner's objections are OVERRULED. The Report and Recommendation is ACCEPTED. The Petition for Writ of Habeas Corpus is hereby DENIED, and this matter is DISMISSED. The Court certifies that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

**Date**: March 26, 2024